IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO FLAVIO GARCIA,

    Petitioner,        No. 2:10-cv-0968 GEB DAD P

    vs.

KATHLEEN ALLISON, Warden,

    Respondent.        <u>ORDER</u>

                                        /

Petitioner has requested an extension of time to file a response to respondent's June 12, 2012, opposition to petitioner's March 14, 2012 motion for reconsideration. Petitioner's March 14, 2012 motion for reconsideration was denied by order dated June 14, 2012. Petitioner's request for extension of time is therefore moot.

Accordingly, IT IS HEREBY ORDERED that petitioner's June 18, 2012, request for an extension of time (Docket No. 110) is denied as moot.

DATED: July 2, 2012.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:kly
garc0968.111(3)