UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO FLAVIO GARCIA, | No. 2:10-cv-0968 GEB DAD P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, Warden, | |
| Respondent. | |

Petitioner has once again requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's October 30, 2013 request for appointment of counsel (ECF No. 159) is once again denied.

Dated: November 26, 2013

/md; garc0968.110

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1