1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MARIO FLAVIO GARCIA,                    No.  2:10-cv-0968 GEB DAD P
12                Petitioner,
13        v.                                 ORDER
14   KEN CLARK, Warden,
15                Respondent.
16

17        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 18, 2013, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  After several extensions

23   of time, petitioner has filed objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                              1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed October 18, 2013, are adopted in full;

3    2.  Petitioner's June 17, 2013 request for relief from judgment pursuant to Fed. R. Civ.

4    Proc. 60(b) and for an evidentiary hearing (Docket No. 149) is denied; and

5    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

6    2253.

7    Dated:  March 3, 2014

8

9                                          _____

10                                         GARLAND E. BURRELL, JR.
                                           Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2